DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD WILSON,

Appellant,

v.

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC;
BOEHRINGER INGELHEIM CORPORATION; BOEHRINGER
INGELHEIM USA CORPORATION; PFIZER, INC.; SANOFI-AVENTIS
U.S. LLC; SANOFI US SERVICES, INC.; AND
PUBLIX SUPER MARKETS, INC.,

Appellees.

No. 2D2025-0291
_____

July 10, 2026

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

Justin Parafinczuk, John A. Bruegger and Jason Wolf of Parafinczuk
Wolf, P.A., Boca Raton, for Appellant.

Valentin Leppert and Ursula M. Henninger of King & Spaulding LLP,
Miami; and Corinne E. Nabors of King & Spaulding LLP, Atlanta,
Georgia, for Appellees Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim Corporation and Boehringer Ingelheim USA
Corporation.

Joshua C. Webb and Fred C. Marshall, II of Hill, Ward & Henderson,
P.A., Tampa; and Daniel S. Pariser and Sally Pei of Arnold & Porter Kaye
Scholer LLP, Washington, D.C., for Appellees Sanofi-Aventis U.S. LLC
and Sanofi US Services, Inc.

Jay B. Shapiro and Alejandro D. Rodriguez of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Miami, for Appellee Pfizer, Inc.

Julia Stepanova of Barnes & Thornburg, LLP, Palm Beach Gardens, for Appellee Publix Super Markets, Inc.

PER CURIAM.

Affirmed.

SILBERMAN, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.